UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA BENSON ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN,[1] ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  ED CV 11-1384 MRW <br><br> JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

DATE: September 25, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, who recently became the Acting Commissioner, is substituted for her predecessor, Michael J. Astrue.  See Fed. R. Civ. P. 25(d).