LAW OFFICES OF BILL LATOUR
Bill LaTour [C.S.B.N. 169758]
1420 E Cooley Dr., Suite 100
Colton, CA 92324
    Telephone:  [909] 796-4560
    Facsimile:   [909] 796-3402
    E-Mail:      fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SONJA BENSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>        Defendant. | No. EDCV 11-01384 MRW<br><br><u><s>PROPOSED</s> ORDER AWARDING EAJA FEES PURSUANT TO 42 U.S.C. § 406(b)</u> |

## ORDER

IT IS SO ORDERED. Counsel for the Plaintiff, is hereby awarded the gross fee of $21,958 pursuant to 42 U.S.C. § 406(b). Plaintiff's counsel is also ordered to refund EAJA and administrative fees paid by the Commissioner in the amount of $2,806.20 to the plaintiff, resulting in a net fee paid to counsel of Nineteen Thousand One Hundred Fifty One dollars and 30/100. [$19,151.30]. <s>XX</s> .80

Date: May 15, 2018                /s/ Judge Wilner
_____      _____
                                            HON. MICHAEL R. WILNER
                                            U.S. MAGISTRATE JUDGE